UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTMARK DEVELOPMENT CORPORATION, a Washington corporation, and TRIZEC INVESTMENT CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF BURIEN,<br><br>　　　　　　　　Defendant. | Case No. C08-1727RSM<br><br>TAXATION OF COSTS |

　　　　Costs in the above-entitled action are hereby taxed against DEFENDANT and on behalf of PLAINTIFFS in the amount of $455.00.

　　　　Dated this ___3rd___ day of MAY, 2010 .

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Bruce Rifkin
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

TAXATION OF COSTS -- 1